# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3121

Guitta Elzogby v. Target Corp

(U.S. District Court No.: 3-16-cv-04013)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    December 30, 2019
LMR/cc:   Craig J. Kobrin, Esq.
Ellen H. Kueny, Esq.
Polly N. Phillippi, Esq.
Mr. William T. Walsh,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate